IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES L SMITH,

    Plaintiff,

  v.

Case No.  18-cv-669-jdp

RANDALL HEPP,
JOHN J. MAGGIONCALDA,
JON E. LITSCHER,
MARK SCHOMISCH,
AND CANDACE WHITMAN,
    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/19/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |